1  G. David Godwin, No. 148272
2  Raymond J. Tittmann, No. 191298
   **CARROLL, BURDICK & McDONOUGH** LLP
   Attorneys at Law
3  44 Montgomery Street, Suite 400
   San Francisco, CA 94104
4  Telephone:    415.989.5900
   Facsimile:    415.989.0932
5  Email:       dgodwin@cbmlaw.com

6  Attorneys for Defendant
   The Continental Insurance Company
7

8  UNITED STATES DISTRICT COURT

9  NORTHERN DISTRICT OF CALIFORNIA

10

11  Franklin Ham and Dana Ham,    |    No. CV 08 1551 SC

12          Plaintiffs,    |    **PROOF OF SERVICE**

13      v.

14  The Continental Insurance Company;
    and Does 1 through 50,
15

16          Defendants.

17

18

19

20

21

22

23

24

25

26

27

28

CBM-IPG\SF397523.1

0

*Ham v. The Continental Insurance Company, est al.*
United States District Court, Northern District of California, Action No. CV 08 1551 SC

**PROOF OF SERVICE**

I declare that I am employed in the County of San Francisco, State of California. I am over the age of eighteen years and not a party to the within cause; my business address is 44 Montgomery Street, Suite 400, San Francisco, CA 94104. On March 21, 2008, I served the enclosed:

**ECF REGISTRATION INFORMATION HANDOUT**

**ORDER SETTING INITIAL CASE MANAGEMENT CONFERENCE AND ADR DEADLINES**

**NOTICE OF AVAILABILITY OF MAGISTRATE JUDGE TO EXERCISE JURISDICTION**

**WELCOME TO THE U.S. DISTRICT COURT**

on the following interested party(s) in said cause.

Jack K. Clapper                          Attorneys for Plaintiffs Franklin Ham and
Steven J. Patti                          Dana Ham
Christine A. Renken
Clapper, Patti, Schweizer & Mason
Marina Office Plaza
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387

**VIA MAIL**

☒    By enclosing a true and correct copy thereof in a sealed envelope and, following ordinary business practices, said envelope was placed for mailing and collection in the offices of Carroll, Burdick & McDonough LLP in the appropriate place for mail collected for deposit with the United States Postal Service. I am readily familiar with the Firm's practice for collection and processing of correspondence/ documents for mailing with the United States Postal Service and that said correspondence/documents are deposited with the United States Postal Service in the ordinary course of business on this same day.

I declare under penalty of perjury that the foregoing is true and correct, and that this declaration was executed on March 21, 2008, at San Francisco, California.

_____
DEBRA BLONDHEIM

CBM-IPG\SF397980.1

**PROOF OF SERVICE**