1  Jack K. Clapper, Esq. (State Bar No. 83207)
   Steven J. Patti, Esq. (State Bar No. 163773)
2  Clapper, Patti, Schweizer & Mason
   Marina Office Plaza
3  2330 Marinship Way, Suite 140
   Sausalito, CA 94965
4  Telephone: (415) 332-4262
   Facsimile: (415) 331-5387
5  jkc@clapperlaw.com

6  Attorney for Plaintiffs

7

8                    UNITED STATES DISTRICT COURT

9               FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 FRANKLIN HAM and DANA HAM,         )  Case No. C 08-01551 SC
                                      )
12      Plaintiffs,                   )  DEMAND FOR A JURY TRIAL
                                      )
13 v.                                 )
                                      )
14 THE CONTINENTAL INSURANCE          )
   COMPANY; and DOES 1 through 50,    )
15                                    )
        Defendants.                   )
16 _____ )

17

18 To the clerk of the above-entitled court, to each Defendant, and to their attorneys of record:

19      NOTICE IS HEREBY GIVEN that Plaintiffs demand a jury trial in the above-captioned action.

20

21 Dated: March 25, 2008.                 Clapper, Patti, Schweizer & Mason

22

23                                        By: _____
                                              Steven J. Patti
24                                            Attorneys for Plaintiffs

25

26

27

28

PROOF OF SERVICE BY MAIL

I declare that I am employed in the County of Marin, California; I am over the age of eighteen years and not a party to the within action; my business address is 2330 Marinship Way, Suite 140, Sausalito, California 94965.

On March 25, 2008, I served the attached document: DEMAND FOR A JURY TRIAL in said action,

    XXX     By placing a true copy thereof, enclosed in a sealed envelope, with postage thereon fully prepaid, in the United States mail at Sausalito, California addressed as

G. David Godwin
Raymond J. Tittmann
Carroll, Burdick & McDonough LLP
44 Montgomery Street, Suite 400
San Francisco, CA  94104

I declare under penalty of perjury that the foregoing is true and correct and that this declaration was executed on March 25, 2008 at Sausalito, California.

_____
Lenette Lew