G. David Godwin, No. 148272
Raymond J. Tittmann, No. 191298
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA  94104
Telephone:	415.989.5900
Facsimile:	415.989.0932
Email:	dgodwin@cbmlaw.com

Attorneys for Defendant
The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Franklin Ham and Dana Ham,<br><br>　　　　　　Plaintiffs,<br><br>　　v.<br><br>The Continental Insurance Company;<br>and Does 1 through 50,<br><br>　　　　　　Defendants. | No. CV 08 1551 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE CONTINENTAL INSURANCE COMPANY'S MOTION TO STRIKE PLAINTIFFS' CLAIM FOR PUNITIVE DAMAGES WITHOUT LEAVE TO AMEND**<br><br>**Date:	May 23, 2008**<br>**Time:	10:00 a.m.**<br>**Courtroom: 1**<br><br>**Honorable Samuel Conti** |

Defendant The Continental Insurance Company's motion to strike Plaintiffs' claim for punitive damages without leave to amend came on for hearing by the Court on May 23, 2008. All parties appeared and were represented by their counsel of record.

Upon consideration of all evidence and authorities presented by the parties, and good cause appearing,

IT IS ORDERED:

1. Plaintiffs Franklin and Dana Ham base their claims against Continental on an assignment from Continental's alleged policyholder Ecklund Insulation, Inc. ("Ecklund Insulation"). Plaintiffs' First Amended Complaint ¶ 18, at 6:11.

2. California law does not allow assignment of punitive damages. *Murphy v. Allstate Ins. Co.*, 17 Cal. 3d 937, 942 (1976).

3. Plaintiffs claim for punitive damages at Paragraph 27 (at 8:17-18) of their First Amended Complaint should therefore be deemed stricken, without leave to amend.

4. Continental shall have 10 days from receipt of this order to file an answer or other responsive pleading.

Dated: May __, 2008

_____
Hon. Samuel Conti