United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

FRANKLIN HAM AND DANA HAM

    Plaintiff,

11    v.

12

13  THE CONTINENTAL INSURANCE CO
        Defendant.
14                                          /

NO. CV 08-01551 SC

**CLERK'S NOTICE RE: FAILURE
TO FILE ELECTRONICALLY
AND/OR REGISTER AS AN E-
FILER**

15
16  On 3/20/08, counsel for Defendant(s) filed a Notice of Removal & Declaration  manually, on paper.

17  This case has been designated for electronic filing, pursuant to Local Rule 5-4 and General Order 45.

18
19  The above mentioned  paper document has been filed and docketed. However, General Order 45

20  provides at Section III  that cases assigned to judges who participate in the e-filing program "shall be

21  presumptively designated" as e-filing cases. Therefore, counsel for Defendant(s)  should submit the

22  Notice of Removal & Declaration, in PDF format within 10 days, as an attachment in an *e-mail* message

23  directed to the judges chamber's "PDF" email box listed at http://ecf.cand.uscourts.gov. (Click on the

24  **Judges** button and follow the procedure listed there).  Do *not* e-file a document which has been

25  previously filed on paper, as is the case with the above mentioned filing. All subsequent papers should

    be e-filed.
26
27
28  Further, General Order 45 provides at Section IV (A) that "Each attorney of record is obligated to

1  become an ECF User and be assigned a user ID and password for access to the system upon designation

2  of the action as being subject to ECF."  Counsel in this case who have not yet registered as ECF Users

3  must do so immediately.  Forms and instructions for registering can be found on the Court's Web site

4  at ecf.cand.uscourts.gov.

5  Dated: March 31, 2008

6  _____
   Alfred Amistoso
   Deputy Clerk

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**United States District Court**
For the Northern District of California

2