Jack K. Clapper, Esq. (State Bar No. 83207)
Steven J. Patti (State Bar No. 163773)
Christine A. Renken (State Bar No. 232797)
Clapper, Patti, Schweizer & Mason
Marina Office Plaza
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387
Email: jkc@clapperlaw.com
       steve@clapperlaw.com
       christine@clapperlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANKLIN HAM and DANA HAM, | Case No. CV 08 1551 SC |
| Plaintiffs, | **STIPULATION TO ALLOW PLAINTIFFS TO FILE SECOND AMENDED COMPLAINT AND ORDER** |
| v. | |
| THE CONTINENTAL INSURANCE COMPANY; and DOES 1 through 50, | |
| Defendants | |

Plaintiffs, Franklin Ham and Dana Ham (collectively "Plaintiffs"), through counsel, and Defendant, The Continental Insurance Company ("Defendant"), through counsel, hereby stipulate and agree as follows

1.   WHEREAS Defendant has agreed to allow Plaintiffs to file a Second Amended Complaint, which includes four additional causes of action based on the same set of facts as alleged in the operative Complaint;

2.   WHEREAS the Court has not set a trial date and the parties have not begun formal discovery; and

3.   WHEREAS Defendant currently has on calendar for May 23, 2008 a Motion to Strike the Punitive Damages in Plaintiffs' Complaint.

|   |   |
|---|---|
| 1 | Therefore, Plaintiffs and Defendant, through their respective counsel of record, STIPULATE and AGREE to the following: |
| 3 | 1.    Defendant's Motion to Strike Plaintiffs' Claim for Punitive Damages is withdrawn. |
| 4 | 2.    Plaintiffs shall file and serve their Second Amended Complaint on or before April 23, 2008 via Electronic Case Filing. |
| 6 | 3.    Defendant shall file and serve its Motion to Strike and/or Motion to Dismiss on or before May 23, 2008 via Electronic Case Filing. |
| 8 | 4.    Defendant's Motion to Strike and/or Motion to Dismiss will be set for July 11, 2008 at 10:00 a.m. |

**IT IS SO STIPULATED AND AGREED.**

Dated: April 16, 2008

Clapper, Patti, Schweizer & Mason

By: _____
Jack K. Clapper, Esq.
Steven J. Patti, Esq.
Christine A. Renken, Esq.
Attorneys for Plaintiffs

Dated: April 16, 2008

Carroll, Burdick & McDonough LLP

By: _____
Raymond J. Tittman, Esq.
Attorney for Defendant

**SO ORDERED.**

Dated: April 17, 2008



IT IS SO ORDERED
Judge Samuel Conti