Jack K. Clapper, Esq. (State Bar No. 83207)
Steven J. Patti, Esq. (State Bar No. 163773)
Christine A. Renken, Esq. (State Bar No. 232797)
Clapper, Patti, Schweizer & Mason
Marina Office Plaza
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387
Email: jkc@clapperlaw.com
       steve@clapperlaw.com
       christine@clapperlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANKLIN HAM and DANA HAM,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY; and DOES 1 through 50,<br><br>    Defendants. | Case No. CV 08 1551 SC<br>Hon. Samuel Conti<br><br>**PLAINTIFFS' CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |

Pursuant to Civil L.R. 3-16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in the subject matter or in a party that could be substantially affected by the outcome of this proceeding: Ecklund Insulation, Inc. - Insured of The Continental Insurance Company, successor to Glens Falls Insurance Company, and assignor of claims against The Continental Insurance Company to Plaintiffs.

Dated: June 20, 2008.

Clapper, Patti, Schweizer & Mason

By: _____
    Christine A. Renken, Esq.
    Attorney for Plaintiffs