1  Jack K. Clapper, Esq. (State Bar No. 83207)
   Steven J. Patti, Esq. (State Bar No. 163773)
2  Christine A. Renken, Esq. (State Bar No. 232797)
   Clapper, Patti, Schweizer & Mason
3  Marina Office Plaza
   2330 Marinship Way, Suite 140
4  Sausalito, CA 94965
   Telephone: (415) 332-4262
5  Facsimile: (415) 331-5387
   Email:      jkc@clapperlaw.com
6              steve@clapperlaw.com
               christine@clapperlaw.com
7
   Attorneys for Plaintiffs
8
                        UNITED STATE DISTRICT COURT
9
          NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION
10

11  FRANKLIN HAM and DANA HAM,          )    Case No. CV 08 1551 SC
                                        )
12           Plaintiffs,                )    [PROPOSED] ORDER DENYING
                                        )    DEFENDANT THE CONTINENTAL
13  v.                                  )    INSURANCE COMPANY'S MOTION TO
                                        )    DISMISS CERTAIN CLAIMS, AND
14  THE CONTINENTAL INSURANCE           )    MOTION TO STRIKE CERTAIN
    COMPANY; and DOES 1 through 50,     )    CLAIMS, AND GRANTING MOTION TO
15                                      )    STRIKE CONSPIRACY CLAIM
             Defendants.                )
16                                      )
                                        )    Date:       July 11, 2008
17                                      )    Time:       10:00 a.m.
                                        )    Courtroom:  1
18                                      )
                                        )    Hon. Samuel Conti
19                                      )
                                        )
20  _____ )

21          Defendant The Continental Insurance Company's ("Continental") motion to strike Plaintiffs

22  Franklin and Dana Ham's ("Plaintiffs") punitive damage and conspiracy claims, and to dismiss

23  Plaintiffs' Third, Fourth and Seventh causes of action, came on for hearing by the Court on July 11,

24  2008.  All parties appeared and were represented by their counsel of record.

25          Upon consideration of all evidence and authorities presented by the parties, and good cause

26  appearing,

27          IT IS ORDERED:

28          The Court GRANTS Continental's Motion to Strike Plaintiffs' Conspiracy Claim, as that

CPSM
2330 Marinship Way, #140
Sausalito, CA  94965
(415) 332-4262

[PROPOSED] ORDER DENYING DEFENDANT THE CONTINENTAL INSURANCE COMPANY'S MOTION TO DISMISS CERTAIN CLAIMS, AND MOTION TO
STRIKE CERTAIN CLAIMS, AND GRANTING MOTION TO STRIKE CONSPIRACY CLAIM - Case No. CV 08 1551                                    1

1  motion was unopposed.

2      The Court DENIES Continental's Motion to Dismiss Plaintiffs' Third Cause of Action for

3  Breach of the Duty to Settle.  The authorities cited by Continental do not establish that an insurer's

4  duty to settle is extinguished once judgment is entered against the insured.  Rather, there may be a

5  breach of the duty to settle post-judgment.  *See Chenoweth v. Fin. Indem. Co.,* 13 Ariz. App. 313,

6  476 P.2d 519 (1970).

7      The Court DENIES Continental's Motion to Dismiss Plaintiffs' Fourth Cause of Action for

8  Breach of Nevada's Claims Practices Statute.   By insuring a Nevada corporation doing business in

9  Nevada, Continental has engaged in the insurance business in Nevada. Consequently, Continental is

10 subject to Nevada insurance law, and to the dictates of Nevada Revised Statute 686A.310.  *See*

11 *Pioneer Chlor Alkali Co. v. Nat'l Union Fire Ins. Co.,* 863 F.Supp. 1237, 1241 (D. Nev. 1994).

12 California has no interest in preventing Nevada, which allows its citizens a private cause of action

13 for violation of its claims handling standards, from applying its law to this case, so that the Nevada

14 law applies to this case under California choice of law rules.

15     The Court DENIES Continental's Motion to Dismiss Plaintiffs' Seventh Cause of Action by

16 "Third Party Tort Claimant."  In both California and Nevada, a judgment creditor has an independent

17 right to maintain his own action against the insurer.  A judgment creditor has standing to sue, unlike

18 a "direct action" plaintiff who has not yet obtained a judgment.  *See Hand v. Farmers Ins. Exch.,* 23

19 Cal. App. 4th 1847, 29 Cal. Rptr. 2d 258 (1994); *Knittle v. Progressive Cas. Ins. Co.,* 112 Nev. 8.,

20 908 P.2d 724 (1996).

21     The Court DENIES Continental's Motion to Strike Plaintiffs' claims for punitive damages.

22 The motion is defective because it does not address the recovery of punitive damages by Plaintiffs

23 under their Third Party Tort Claimant Cause of Action (Seventh Cause of Action).  Moreover,

24 parties who are strangers to a contract cannot enforce its choice of law provisions.  *See Paracor Fin.,*

25 *Inc. v. GE Capital Corp.,* 96 F.3d 1151, 1165 (9th Cir. 1996.)  Thus, a choice of law clause between

26 Ecklund Insulation and Plaintiffs cannot be invoked in this lawsuit, which involves the breach of a

27 completely different contract.   Illinois law, the law of Continental's principal place of business,

28 allows the assignment of punitive damages in an insurance bad faith case. *O'Neill v. Gallant Ins.*

CPSM
2330 Marinship Way, #140
Sausalito, CA  94965
(415) 332-4262

[PROPOSED] ORDER DENYING DEFENDANT THE CONTINENTAL INSURANCE COMPANY'S MOTION TO DISMISS CERTAIN CLAIMS, AND MOTION TO
STRIKE CERTAIN CLAIMS, AND GRANTING MOTION TO STRIKE CONSPIRACY CLAIM - Case No. CV 08 1551                                    2

1  *Co.,* 329 Ill. App. 3d 1166, 769 N.E.2d 100 (2002).  Based upon the decisional law of Illinois and

2  California, Illinois has the superior interest in having its law applied to this issue.

3  Dated:  July___, 2008.

5  _____
   Hon. Samuel Conti

[PROPOSED] ORDER DENYING DEFENDANT THE CONTINENTAL INSURANCE COMPANY'S MOTION TO DISMISS CERTAIN CLAIMS, AND MOTION TO STRIKE CERTAIN CLAIMS, AND GRANTING MOTION TO STRIKE CONSPIRACY CLAIM - Case No. CV 08 1551

3