```
1   G. David Godwin, No. 148272
    Raymond J. Tittmann, No. 191298
2   CARROLL, BURDICK & McDONOUGH LLP
    Attorneys at Law
3   44 Montgomery Street, Suite 400
    San Francisco, CA  94104
4   Telephone:    415.989.5900
    Facsimile:    415.989.0932
5   Email:        dgodwin@cbmlaw.com
                  rtittmann@cbmlaw.com
6
    Attorneys for Defendant
7   The Continental Insurance Company
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| Franklin Ham and Dana Ham, | Case No. CV 08 1551 SC |
|---|---|
| Plaintiffs, | Hon. Samuel Conti |
| v. | **DEFENDANT CONTINENTAL INSURANCE COMPANY'S CIVIL L.R. 3-16 CERTIFICATION OF INTERESTED ENTITIES OR PERSONS** |
| The Continental Insurance Company; and Does 1 through 50, | |
| Defendants. | |

Pursuant to Civil L.R. 3–16, the undersigned certifies that the following listed persons, associations of persons, firms, partnerships, corporations (including parent corporations) or other entities (i) have a financial interest in the subject matter in controversy or in a party to the proceeding, or (ii) have a non-financial interest in that subject matter or in a party that could be substantially affected by the outcome of this proceeding:

1. CNA Financial Corporation is the parent organization of Continental Insurance Company.

////

////

////

CBM-IPG\SF409161.1

Dated: June 23, 2008

CARROLL, BURDICK & McDONOUGH LLP

By ___/s/ *Raymond Tittmann*___
       Raymond J. Tittmann
Attorneys for Defendant
The Continental Insurance Company