UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Franklin Ham and Dana Ham

             Plaintiff(s),

Case No. CV 08 1551 SC

ADR CERTIFICATION BY PARTIES
AND COUNSEL

v.

The Continental Insurance Company;
and Does 1 through 50
            Defendant(s).
_____/

     Pursuant to Civil L.R. 16-8(b) and ADR L.R. 3-5 (b), each of the undersigned certifies that he or she has:

     **(1)** Read the handbook entitled *"Dispute Resolution Procedures in the Northern District of California"* on the Court's ADR Internet site www.adr.cand.uscourts.gov *(Limited printed copies are available from the clerk's office for parties in cases not subject to the court's Electronic Case Filing program (ECF) under General Order 45);*

     **(2)** Discussed the available dispute resolution options provided by the Court and private entities; and

     **(3)** Considered whether this case might benefit from any of the available dispute resolution options.

Dated: 6-22-08

[Party] Franklin Ham

Dated: 6/24/08

[Counsel] Christine A. Renken

When filing this document in ECF, please be sure to use the ADR Docket Event entitled "ADR Certification (ADR L.R. 3-5b) of Discussion of ADR Options."

Rev. 12/05