UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Franklin Ham and Dana Ham,

CASE NO. CV 08 1551 SC

Plaintiff(s),

v.

The Continental Insurance Company; and
Does 1 through 50,

STIPULATION AND [PROPOSED]
ORDER SELECTING ADR PROCESS

Defendant(s).
_____/

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
      Non-binding Arbitration (ADR L.R. 4)
✓    Early Neutral Evaluation (ENE) (ADR L.R. 5)
✓    Mediation (ADR L.R. 6)  (if mutually agreed to by the parties after ENE)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
✓    Private ADR *(please identify process and provider)* JAMS _____

The parties agree to hold the ADR session by:
    the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

✓    other requested deadline  6 months from the date of this order

Dated: June 20 2008

_____
Attorney for Plaintiff - Christine A. Renken

Dated: June 20, 2008

_____
Attorney for Defendant - G. David Godwin

When filing this document in ECF, please be sure to use the appropriate ADR Docket Event, e.g., "Stipulation and Proposed Order Selecting Early Neutral Evaluation."

## [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- Non-binding Arbitration
- ✓ Early Neutral Evaluation (ENE)
- ✓ Mediation ( if mutually agreed to by the parties after ENE)
- Private ADR

Deadline for ADR session
- 90 days from the date of this order.
- ✓ other   6 mths from date of order

IT IS SO ORDERED.

Dated: 6/24/08

UNITED STATES DISTRICT JUDGE

*[Seal: UNITED STATES DISTRICT COURT, NORTHERN DISTRICT OF CALIFORNIA — IT IS SO ORDERED, Judge Samuel Conti]*