G. David Godwin, No. 148272
Raymond J. Tittmann, No. 191298
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:         dgodwin@cbmlaw.com
                   rtittmann@cbmlaw.com

Attorneys for Defendant
The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Franklin Ham and Dana Ham,<br><br>          Plaintiffs,<br><br>     v.<br><br>The Continental Insurance Company; and Does 1 through 50,<br><br>          Defendants. | No. CV 08 1551 SC<br><br>**[PROPOSED] ORDER GRANTING DEFENDANT THE CONTINENTAL INSURANCE COMPANY'S REQUEST FOR LEAVE TO FILE REQUEST FOR JUDICIAL NOTICE**<br><br>[Civil L.R. 7-3(d)] |

Pursuant to Civil L.R. 7-3(d) and *Holder v. Holder*, 305 F. 3d 854, 866 (9th Cir. 2002), this Court grants the request of Defendant The Continental Insurance Company ("Continental") for leave to file Defendant The Continental Insurance Company's Request for Judicial Notice in Support of Motion To Strike and Dismiss Certain Claims (Continental's "Request for Judicial Notice").

CBM-IPG\SF411509.1

      Continental may file in hard copy with the Court the original certified copies of the documents identified in its Request for Judicial Notice pursuant to General Order 48, Sec. VII (Manual Filing).

Dated: July __, 2008

By _____
                Judge Samuel Conti