```
 1  Jack K. Clapper, Esq. (State Bar No. 83207)
    Steven J. Patti, Esq. (State Bar No. 163773)
 2  Christine A. Renken, Esq. (State Bar No. 232797)
    Clapper, Patti, Schweizer & Mason
 3  Marina Office Plaza
    2330 Marinship Way, Suite 140
 4  Sausalito, CA 94965
    Telephone: (415) 332-4262
 5  Facsimile: (415) 331-5387

 6  Attorneys for Plaintiffs

 7
```

## UNITED STATE DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANKLIN HAM and DANA HAM, | Case No. CV 08 1551 SC |
| Plaintiffs, | **[PROPOSED] ORDER REGARDING DEFENDANT THE CONTINENTAL INSURANCE COMPANY'S REQUEST FOR LEAVE TO FILE REQUEST FOR JUDICIAL NOTICE** |
| v. | |
| THE CONTINENTAL INSURANCE COMPANY; and DOES 1 through 50, | |
| Defendants. | |

[Defendant The Continental Insurance Company's Request for Leave to File its Request for Judicial Notice, filed on July 16, 2008, is hereby DENIED, as the request is not timely.]

[Defendant The Continental Insurance Company's ("Continental") Request for Leave to File its Request for Judicial Notice is hereby GRANTED.

Upon reading and considering Continental's Request for Judicial Notice, its Request is hereby DENIED. The Court finds that the pleadings and other materials submitted by Continental from the case of *Pioneer Chlor Alkali Co. v. Nat'l Union* are not the proper subjects of judicial

notice, because they are neither (1) generally known within the territorial jurisdiction of this Court, nor (2) capable of accurate and ready determination by resort to sources whose accuracy cannot reasonably be questioned.]

[Defendant The Continental Insurance Company's ("Continental") Request for Leave to File its Request for Judicial Notice is hereby GRANTED.

Pursuant to Federal Rule of Evidence 201(e), the Court sets this matter for hearing on _____, 2008, with plaintiff's Opposition to the Request for Judicial Notice due _____, 2008.]


Dated:  July___, 2008.

_____
Hon. Samuel Conti