1  G. David Godwin, No. 148272
   Raymond J. Tittmann, No. 191298
2  Vance A. Woodward, No. 231730
   **CARROLL, BURDICK & McDONOUGH LLP**
3  Attorneys at Law
   44 Montgomery Street, Suite 400
4  San Francisco, CA  94104
   Telephone:     415.989.5900
5  Facsimile:     415.989.0932
   Email:         dgodwin@cbmlaw.com
6                 rtittmann@cbmlaw.com
                  vwoodward@cbmlaw.com
7
   Attorneys for Defendant and Counter-Claimant
8  The Continental Insurance Company

9                  UNITED STATES DISTRICT COURT

10                NORTHERN DISTRICT OF CALIFORNIA

11                     SAN FRANCISCO DIVISION

12

13 | Franklin Ham and Dana Ham,          | No. CV 08 1551 SC
14 |           Plaintiffs,               | **STIPULATION RE TIME FOR THE**
                                         | **CONTINENTAL INSURANCE**
15 |      v.                             | **COMPANY TO ANSWER**
                                         | **PLAINTIFFS' SECOND AMENDED**
16 | The Continental Insurance Company;  | **COMPLAINT**
   | and Does 1 through 50,
17 |
   |           Defendants.
18 |                                     | **Hon. Samuel Conti**
19

20         Pursuant to Civil Local Rules 5 and 6-1(a), Defendant The Continental
21 Insurance Company ("Continental") and Plaintiffs Franklin and Dana Ham stipulate as
22 follows:
23         / / /
24         / / /
25         / / /
26         / / /
27         / / /
28

CBM-IPG\SF420023.1                      1

STIPULATION RE CONTINENTAL'S ANSWER

1  The deadline by which Continental must file and serve its answer to Plaintiffs'
2  Second Amended Complaint is extended to Friday, October 3, 2008.
3  Dated: September 25, 2008

CARROLL, BURDICK & McDONOUGH LLP

By _____/s/ Vance A. Woodward_____
G. David Godwin
Raymond J. Tittmann
Vance A. Woodward
Attorneys for Defendant
The Continental Insurance Company

Dated: September 25, 2008

CLAPPER, PATTI, SCHWEIZER & MASON

By _____/s/ Steven J. Patti_____
Jack K. Clapper
Steven J. Patti
Christine A. Renken
Attorneys for Plaintiffs
Franklin and Dana Ham

**IT IS SO ORDERED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA