Jack K. Clapper, Esq. (State Bar No. 83207)
Steven J. Patti (State Bar No. 163773)
Christine A. Renken (State Bar No. 232797)
Clapper, Patti, Schweizer & Mason
Marina Office Plaza
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387
Email: jkc@clapperlaw.com
      steve@clapperlaw.com
      christine@clapperlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANKLIN HAM and DANA HAM, | Case No. CV 08 1551 SC |
| Plaintiffs, | **STIPULATION TO ALLOW PLAINTIFFS ADDITIONAL TIME TO REPLY TO DEFENDANT'S COUNTER-CLAIM** |
| v. | |
| THE CONTINENTAL INSURANCE COMPANY; and DOES 1 through 50, | **Hon. Samuel Conti** |
| Defendants | |

     Pursuant to Civil Local Rules 5 and 6-1(a), Plaintiffs, Franklin Ham and Dana Ham (collectively "Plaintiffs"), through counsel, and Defendant, The Continental Insurance Company ("Defendant"), through counsel, hereby stipulate and agree as follows:

///
///
///
///
///
///
///

---

Stipulation to Allow Plaintiffs Additional Time To Reply to Defendants' Counter-Claim - Case No. CV 08 1551 SC     1

1  The deadline by which Plaintiffs must file and serve its Reply to Continental's Counter-Claim
2  is extended to Monday, November 3, 2008.

**IT IS SO STIPULATED AND AGREED.**

Dated: October 24, 2008                    Clapper, Patti, Schweizer & Mason

                                           By: _____
                                                Jack K. Clapper, Esq.
                                                Steven J. Patti, Esq.
                                                Christine A. Renken, Esq.
                                                Attorneys for Plaintiffs

Dated: October 24, 2008                    Carroll, Burdick & McDonough LLP

                                           By: _____
                                                Raymond J. Tittman, Esq.
                                                Vance Woodward, Esq.
                                                Attorneys for Defendant

*IT IS SO ORDERED*
*Judge Samuel Conti*
(United States District Court, Northern District of California seal)