Jack K. Clapper, Esq. (State Bar No. 83207)
Steven J. Patti (State Bar No. 163773)
Christine A. Renken (State Bar No. 232797)
CLAPPER, PATTI, SCHWEIZER & MASON
Marina Office Plaza
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387
Email: jkc@clapperlaw.com
       steve@clapperlaw.com
       christine@clapperlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANKLIN HAM and DANA HAM, | Case No. CV 08 1551 SC |
| Plaintiffs, | **STIPULATION TO ALLOW PLAINTIFFS TO FILE THIRD AMENDED COMPLAINT AND ORDER** |
| v. | |
| THE CONTINENTAL INSURANCE COMPANY; and DOES 1 through 50, | |
| Defendants. | |

Plaintiffs, Franklin Ham and Dana Ham (collectively "Plaintiffs"), through counsel, and Defendant, The Continental Insurance Company ("Defendant"), through counsel, hereby stipulate and agree as follows:

1.  WHEREAS Defendant has agreed to allow Plaintiffs to file a Third Amended Complaint, which includes a claim for punitive damages in the sixth cause of action - Action by Third Party Tort Claimant (formerly seventh cause of action) based on the same set of facts as alleged in the operative Complaint;

2.  WHEREAS, Defendant disputes that Plaintiffs' sixth cause action is proper, in particular as to the claim for punitive damages, and intends to file a motion to dismiss and/or strike;

3.  WHEREAS trial is set for July 27, 2009, but the parties have only recently begun formal discovery.

1       Therefore, Plaintiffs and Defendant, through their respective counsel of record, STIPULATE and AGREE to the following:

2     1.    Plaintiffs shall file and serve their Third Amended Complaint on or before noon via Electronic Case Filing the court day after this Order is signed.

    2.    Defendant shall file and serve its Motion to Dismiss and/or to Strike on or before January 14, 2009 via Electronic Case Filing.

    3.    Plaintiffs shall file and serve their Opposition to Defendant's Motion to Dismiss and/or to Strike on or before February 4, 2009 via Electronic Case Filing.

    4.    Defendant shall file and serve its Reply to its Motion to Dismiss and/or to Strike on or before February 18, 2009 via Electronic Case Filing.

    5.    Defendant's Motion to Dismiss and/or to Strike will be set for March 6, 2009 at 10:00 a.m., Courtroom 1.

**IT IS SO STIPULATED AND AGREED.**

Dated: January 5, 2009         CLAPPER, PATTI, SCHWEIZER & MASON

By: _____
Jack K. Clapper, Esq.
Steven J. Patti, Esq.
Christine A. Renken, Esq.
Attorneys for Plaintiffs

Dated: January 5, 2009         CARROLL, BURDICK & MCDONOUGH LLP

By: _____
Raymond J. Tittman, Esq.
Vance A. Woodward, Esq.
Attorneys for Defendant

**SO ORDERED.**

Dated: January __6__, 2009

Hon. _____
United States _____ Judge

*IT IS SO ORDERED*
*Judge Samuel Conti*