Jack K. Clapper, Esq. (State Bar No. 83207)
Steven J. Patti (State Bar No. 163773)
Christine A. Renken (State Bar No. 232797)
CLAPPER, PATTI, SCHWEIZER & MASON
Marina Office Plaza
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387
Email: jkc@clapperlaw.com
      steve@clapperlaw.com
      christine@clapperlaw.com

Attorney for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANKLIN HAM and DANA HAM,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY; and DOES 1 through 50,<br><br>    Defendants. | Case No. CV 08 1551 SC<br><br>**STIPULATION TO CONTINUE THE HEARING DATE ON DEFENDANT'S MOTION FOR PARTIAL SUMMARY JUDGMENT AND ORDER** |

      Plaintiffs, Franklin Ham and Dana Ham (collectively "Plaintiffs"), through counsel, and Defendant, The Continental Insurance Company ("Defendant"), through counsel, hereby stipulate and agree as follows:

      1.    WHEREAS, Defendant has filed a Motion for Partial Summary Judgment of Plaintiffs' Third Cause of Action (Assigned Claim for Breach of Duty to Settle) Due to Invalid Assignment, which is set for hearing on April 17, 2009;

      2.    WHEREAS, the parties are engaging in settlement discussions and would like to continue the hearing by two weeks;

      3.    WHEREAS the motion cut-off is not until June 26, 2009 and trial is not until July 27, 2009.

Stipulation to Continue Hearing Date and Order - Case No. CV 08 1551    1

1  Therefore, Plaintiffs and Defendant, through their respective counsel of record, STIPULATE
2  and AGREE to the following:
3      1.   That the hearing date on Defendant's Motion for Partial Summary Judgment be continued
4  to May 1, 2009 at 10:00 a.m., Courtroom 1.
5  **IT IS SO STIPULATED AND AGREED.**

7  Dated: March 19, 2009          CLAPPER, PATTI, SCHWEIZER & MASON

9                                 By: _____
10                                     Jack K. Clapper, Esq.
                                       Steven J. Patti, Esq.
                                       Christine A. Renken, Esq.
11                                     Attorneys for Plaintiffs

13 Dated: March 19, 2009          CARROLL, BURDICK & MCDONOUGH LLP

15                                 By: _____
                                       Raymond J. Tittman, Esq.
16                                     Vance A. Woodward, Esq.
                                       Attorneys for Defendant

17 **SO ORDERED.**

19 Dated: March 20, 2009          _____
                                   Hon. Samuel Conti
                                   United States District Court

**IT IS SO ORDERED**
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA