G. David Godwin, No. 148272
Raymond J. Tittmann, No. 191298
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:  415.989.5900
Facsimile:  415.989.0932
Email:  dgodwin@cbmlaw.com
rtittmann@cbmlaw.com
vwoodward@cbmlaw.com

Attorneys for Defendant and Counter-Claimant
The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Franklin Ham and Dana Ham,<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>The Continental Insurance Company;<br>and Does 1 through 50,<br><br>　　　　Defendants. | No. CV 08 1551 SC<br>**ORDER**<br>**STIPULATION RE TIME FOR THE CONTINENTAL INSURANCE COMPANY TO ANSWER PLAINTIFFS' FOURTH AMENDED COMPLAINT**<br><br>**Hon. Samuel Conti** |

　　　　Pursuant to Civil Local Rules 5 and 6-1(a), Defendant The Continental Insurance Company ("Continental") and Plaintiffs Franklin and Dana Ham stipulate as follows:

/ / /

/ / /

/ / /

/ / /

/ / /

CBM-IPG\SF420023.1

1

STIPULATION RE CONTINENTAL'S ANSWER

1  The deadline by which Continental must file and serve its answer to Plaintiffs'
2  Fourth Amended Complaint is extended to Monday, April 6, 2009.

3  Dated: March 23, 2009

4  CARROLL, BURDICK & McDONOUGH LLP

6  By  /s/ Vance A. Woodward
7  G. David Godwin
   Raymond J. Tittmann
   Vance A. Woodward
8  Attorneys for Defendant
   The Continental Insurance Company

10  Dated: March 23, 2009

11  CLAPPER, PATTI, SCHWEIZER & MASON

13  By  /s/ Steven J. Patti
14  Jack K. Clapper
    Steven J. Patti
    Christine A. Renken
15  Attorneys for Plaintiffs
    Franklin and Dana Ham

18  DATED:  3/24/09

21  This is the last extension to file an amended complaint.

IT IS SO ORDERED
Judge Samuel Conti
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CBM-IPG\SF420023.1            2
STIPULATION RE CONTINENTAL'S ANSWER