G. David Godwin, No. 148272
Raymond J. Tittmann, No. 191298
Vance A. Woodward, No. 231730
**CARROLL, BURDICK & McDONOUGH LLP**
Attorneys at Law
44 Montgomery Street, Suite 400
San Francisco, CA 94104
Telephone:   415.989.5900
Facsimile:    415.989.0932
Email:          dgodwin@cbmlaw.com
                    rtittmann@cbmlaw.com
                    vwoodward@cbmlaw.com

Attorneys for Defendant and Counter-Claimant
The Continental Insurance Company

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| Franklin Ham and Dana Ham,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>The Continental Insurance Company; and Does 1 through 50,<br><br>　　　　　Defendants. | No. CV 08 1551 SC<br><br>**STIPULATION RE EXTENSION OF DEADLINES**<br><br>**Hon. Samuel Conti** |

　　　　Pursuant to Civil Local Rules 5 and 6-1(a), Defendant The Continental Insurance Company ("Continental") and Plaintiffs Franklin and Dana Ham stipulate as follows:

　　　　The parties have reached a settlement in principal.

　　　　The parties expect to finalize their settlement agreement within the next three weeks, and to dismiss this action shortly thereafter.

　　　　Desiring to avoid filing any further papers unnecessarily, the parties therefore stipulate and agree to stay the following deadlines and hearing dates:

1  The deadline for Continental to file and serve its answer to Plaintiffs' Fourth
2  Amended Complaint is extended from April 6, 2009 to May 4, 2009.
3  The hearing on Continental's Motion for Partial Summary Judgment (re
4  Plaintiffs' third cause of action: assigned claim for breach of duty to settle) is moved from
5  May, 1, 2009 to May 29, 2009, at 10:00 a.m.
6  The deadline for Plaintiffs to file their opposition to Continental's Motion for
7  Partial Summary Judgment is moved from April 10, 2009 to May 8, 2009.
8  The deadline for Continental to file its reply in support of its Motion for Partial
9  Summary Judgment is moved from April 17, 2009 to May 15, 2009.

10  Dated: April 2, 2009

11  CARROLL, BURDICK & McDONOUGH LLP

13  By ___/s/ Vance A. Woodward___
14  G. David Godwin
   Raymond J. Tittmann
15  Vance A. Woodward
   Attorneys for Defendant
16  The Continental Insurance Company

17  Dated: April 2, 2009

18  CLAPPER, PATTI, SCHWEIZER & MASON

20  By ___/s/ Steven J. Patti___
21  Jack K. Clapper
   Steven J. Patti
22  Christine A. Renken
   Attorneys for Plaintiffs
23  Franklin and Dana Ham

24  PURSUANT TO STIPULATION, IT IS SO ORDERED.

25  Dated: __April 2__, 2009

26  By _____
27  Hon. [signature: Samuel Conti]
   United States District Judge