Jack K. Clapper, Esq. (State Bar No. 83207)
Steven J. Patti, Esq. (State Bar No. 163773)
Christine A. Renken, Esq. (State Bar No. 232797)
Clapper, Patti, Schweizer & Mason
Marina Office Plaza
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387
Email: jkc@clapperlaw.com
       steve@clapperlaw.com
       christine@clapperlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANKLIN HAM and DANA HAM,<br><br>Plaintiffs,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY; and DOES 1 through 50,<br><br>Defendants. | Case No. CV 08 1551 SC<br>Hon. Samuel Conti<br><br>**STIPULATION OF DISMISSAL** |

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above-captioned action, including the Complaint and the Counterclaim herein, be and hereby are dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each side agrees to bear its own costs.

Dated: May 29, 2009

Clapper, Patti, Schweizer & Mason

By: _____
Steven J. Patti
Attorney for Plaintiffs

Dated: May 29, 2009

Carroll, Burdick & McDonough LLP

By: _____
Raymond J. Tittmann
Attorney for Defendant

Jack K. Clapper, Esq. (State Bar No. 83207)
Steven J. Patti, Esq. (State Bar No. 163773)
Christine A. Renken, Esq. (State Bar No. 232797)
Clapper, Patti, Schweizer & Mason
Marina Office Plaza
2330 Marinship Way, Suite 140
Sausalito, CA 94965
Telephone: (415) 332-4262
Facsimile: (415) 331-5387
Email: jkc@clapperlaw.com
       steve@clapperlaw.com
       christine@clapperlaw.com

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| FRANKLIN HAM and DANA HAM,<br><br>    Plaintiffs,<br><br>v.<br><br>THE CONTINENTAL INSURANCE COMPANY; and DOES 1 through 50,<br><br>    Defendants. | Case No. CV 08 1551 SC<br>Hon. Samuel Conti<br><br>**ORDER RE: DISMISSAL OF THE ACTION IN ITS ENTIRETY WITH PREJUDICE** |

PURSUANT TO STIPULATION BY AND BETWEEN THE PARTIES HEREIN, IT IS ORDERED THAT:

The above-captioned action, including the Complaint and the Counterclaim herein, are hereby dismissed with prejudice pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). Each party will bear its own costs.

Dated: __6/1_____, 2009

By:_____
Hon. Samuel Conti
United States District Judge

*IT IS SO ORDERED — Judge Samuel Conti*